



94722 004

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
　　　　　　　　　Plaintiff
　　　　　　-vs

CASE NUMBER: CR: 10- 3437 - EGT
　　　　　　　　　(SEALED)

REPORT COMMENCING CRIMINAL
ACTION

Eccleston AITCHESON
　　　　　　　　　Defendant

94722 - 004
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT              (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS.  INFORMAION NOT APPLIOCABLE ENTER   N/A.

(1) DATE AND TIME OF ARREST: __10-18-2010_____ A M ____4:24___ (PM)

(2) LANGUAGE SPOKEN: __English___

3) OFFENSE (S) CHARGED: Title 21, USC, 841 (a)(1) Poss. w/ intent to Dist. MDMA
Title 21, USC, Section 846 - Conspiracy to
Poss. w/ Intent to Dist. MDMA

4) DATE OF BIRTH: ___01-08-1962_____

) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
　{　} INDICTMENT    {X} COMPLAINT TO BE FILED/ALREADY FILED
　{　} BENCH WARRANT FOR FAILURE TO APPEAR
　{　} PROBATION VIOLATION WARRANT
　{　} PAROLE VIOLATION WARRANT

ORINGINATING DISTRICT: Southern District of florida

REMARKS: _____

DATE : __10-18-2010___ ( 8) ARRESTING OFFICER: SA Terrance Porter

.GENCY: DEA_____ (10) PHONE: 305-715-7804

:OMMENTS: _____