UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20784-CR-King/Garber

UNITED STATES OF AMERICA,

v.

ECCLESTON AITCHESON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

    THIS CAUSE was before the Court by Order of Reference from United States District Judge James Lawrence King and the consent of the parties for the acceptance by a United States Magistrate Judge of a guilty plea by the defendant in this cause. Pursuant to such reference, the Court has conducted a change of plea hearing on March 3, 2011, which was attended by the defendant Aitcheson, his attorney, Troy Demetrius Ferguson, Esquire, and Dustin Davis, Assistant United States Attorney. The Court hereby advises as follows:

    1. At the commencement of the change of plea proceedings, the Court advised the defendant that he had a right to have these proceedings conducted by the United States District Judge assigned to this case. The defendant was advised that a Magistrate Judge was conducting these proceedings by Order of Reference from the District Judge, based upon the consent of the defendant, his attorney, and the Assistant United States Attorney to whom this cause is assigned, as evidenced by the filing of a Waiver executed by the defendant, his counsel, and government counsel. The Court advised the defendant that the sentence would be imposed by the District Judge, who would make all findings

and rulings regarding such sentence and would conduct a sentencing hearing at a time scheduled by the District Judge as set forth below.

2. The defendant was advised that he did not have to permit the undersigned United States Magistrate Judge to conduct the change of plea hearing and could request that it be conducted only by a United States District Judge. All parties and counsel agreed and consented to these proceedings being conducted by the undersigned.

3. The Court then conducted a plea colloquy with the defendant consistent with the outline set forth in the Bench Book for U. S. District Court Judges and in conformity with the requirements of Rule 11 of the Federal Rules of Criminal Procedure.

4. The Court advised the defendant of the sentence possibility as to the charges set forth in Count 2 of the Indictment to which he was tendering a guilty plea, as well as the possible fine and term of supervised release. The Court also advised the defendant of the mandatory special assessment of $100.00 per count which must be paid at the time of sentencing. The defendant was advised that the charge in Count 2 to which he was pleading guilty carried a maximum term of imprisonment of up to twenty (20) years, a fine of up to $1,000,000, and a term of supervised release of not less than five (5) years.

5. The defendant acknowledged that he was satisfied with the services of his attorney and that he had full opportunity to discuss all facets of his case with his attorney, which he acknowledged that she understood.

6. The defendant pled guilty to the charges set forth in Count 2 of the Indictment charging that, "On or about July 16, 2010, in Miami-Dade County, in the Southern District of Florida, the defendant Eccleston A. Aitcheson did knowingly and intentionally possess with intent to distribute

2

a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2." The controlled substance was commonly referred to as "ecstasy," a Schedule I controlled substance.

7. The government filed a factual basis, made part of the record and executed by the government, the defendant and her counsel, for the guilty pleas which consisted of all of the essential elements of the offenses to which the defendant is pleading guilty.

8. The defendant was referred to the United States Probation Office for the preparation of a Pre-sentence Report. The defendant, by agreement of the government, was allowed to remain at liberty under the conditions of release previously imposed.

**Sentencing is scheduled for Thursday, May 12, 2011, at 10:00 A.M. before U.S. District Judge James Lawrence King, in Courtroom II in the James Lawrence King Federal Justice Building**.

Accordingly, and based upon the foregoing and the plea colloquy conducted in this cause, the undersigned hereby

RECOMMENDS that the defendant be found to have freely and voluntarily entered his guilty plea to Count 2 of the Indictment, that his guilty plea be accepted, that he be adjudicated guilty of such offense, and that a sentencing hearing as scheduled above be conducted for a final disposition of this cause.

The parties have fourteen (14) days from the date of this Report and Recommendation within which to file written objections, if any, with United States District Judge James Lawrence King. See 28 U.S.C. §636. Failure to file timely objections may bar the parties from attacking on appeal the

factual findings contained herein.  LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958 (1988).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 4th day of March, 2011.

/s/ Barry L. Garber
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE